IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**ASSURE AMERICA CORPORATION,**

      Plaintiff,

v.                                                      **CIVIL ACTION NO. 5:23-CV-16**
                                                         Judge Bailey

**ASSURANCEAMERICA CORPORATION,
ASSURANCEAMERICA INSURANCE COMPANY,
ASSURANCEAMERICA MANAGING GENERAL
AGENCY LLC,** and **INSUREMAX INSURANCE COMPANY,**

      Defendants.

### ORDER DISMISSING CASE

Mediation was held on January 8, 2024. *See* [Docs. 55 & 56]. Inasmuch as the parties have advised this Court that the above-styled case reached a settlement, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: January 18, 2024.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE